ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                      )
                                                 )
Cape Henry Associates, Inc.                      )   ASBCA No.     62116
                                                 )
Under Contract No.     N00178-14-D-8009          )

APPEARANCE FOR THE APPELLANT:          Mr. William Allen
                                          President

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                        Paul Scheck, Esq.
                                          Trial Attorney
                                          Philadelphia, PA

ORDER OF DISMISSAL

The parties have settled their dispute, and appellant, without opposition from the government, moves for the voluntary dismissal of the appeal with prejudice. Accordingly, the appeal is dismissed, with prejudice.

Dated:  July 8, 2020

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62116, Appeal of Cape Henry Associates, Inc., rendered in conformance with the Board's Charter.

Dated:  July 9, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals